UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| KATHRYN F. FULTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 3:05-cv-272-C |
| MARC E. ALLEN, DDS, MS. P.A. MICHAEL A. WEBB, DDS, MS. P.A., | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL**

Plaintiff Kathy Fulton and Defendants Marc Allen and Michael Webb have agreed to the dismissal with prejudice of the defendants from this action pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. No. 13). The Court is of the opinion that the motion should be granted.

**THEREFORE, IT IS ORDERED** that the above-entitled cause and all claims made by Plaintiff Fulton against Defendants are **HEREBY DISMISSED** with prejudice to the re-filing of same.

Signed: October 2, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

1